UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-13925 |
| | ) | |
| SANBERG, JR., ROLFE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on July 9, 2013 in Courtroom 613**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: June 11, 2013                    By: /s/ Richard M. Fogel
                                            Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC 4}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: SANBERG, JR. ROLFE | § | Case No. 11-13925 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 140,000.00 |
| *and approved disbursements of* | $ 81,825.61 |
| *leaving a balance on hand of* [1] | $ 58,174.39 |
| **Balance on hand:** | $ 58,174.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 58,174.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 8,652.33 | 0.00 | 8,652.33 |
| Trustee, Expenses - RICHARD M. FOGEL | 6.06 | 0.00 | 6.06 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,658.39 |
| Remaining balance: | $ 49,516.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 49,516.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 49,516.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,324.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 3,240.98 | 0.00 | 3,240.98 |
| 2 | Capital One Bank (USA), N.A. | 3,507.59 | 0.00 | 3,507.59 |
| 3 | JP Morgan Chase Bank N.A. | 17,034.41 | 0.00 | 17,034.41 |
| 4 | Chase Bank USA, N.A. | 4,889.69 | 0.00 | 4,889.69 |
| 5 | American InfoSource LP as agent for | 3,652.05 | 0.00 | 3,652.05 |

Total to be paid for timely general unsecured claims: $ 32,324.72
Remaining balance: $ 17,191.28

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 17,191.28

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance:  $ 17,191.28

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $183.74. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $17,007.54.

**UST Form 101-7-NFR (10/1/2010)**

          **Prepared By:** /s/RICHARD M. FOGEL
                     Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-13925-TAB
Rolfe Sanberg, Jr                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: adragonet        Page 1 of 3         Date Rcvd: Jun 12, 2013
                            Form ID: pdf006        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2013.
```
db           +Rolfe Sanberg, Jr,    7510 Oak Avenue,    River Forest, IL 60305-1812
17061053     +Associates in Digestive Diseas,    1200 South York Rd., #3250,    Elmhurst, IL 60126-5629
17061054     +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
17360232      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
17061058     +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
17061055     +Chase,    PO Box 9001871,    Louisville, KY 40290-1871
17411662      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17061060     +Delnor Community Hospital,    300 Randall Road,    Geneva, IL 60134-4202
17061061    #+Freedman Anselmo Lindberg LLC,    1807 W. Diehl Road,    Naperville, IL 60563-1890
17061062      Gottlieb Memorial Hospital,    701 W. North Ave.,    River Forest, IL  60305
17061063     +Gottlieb-Ma LLC,    9145 Collection Center Dr.,    Chicago, IL 60693-0091
17388329     +JP Morgan Chase Bank N.A.,    C/O Mary Lautenback,    201 N. Central Ave.,    Phoenix, AZ 85004-0905
17061065     +Jeff Whitehead,    700 W Van Buren #1506,    Chicago, IL 60607-3635
17061066     +KCA Financial Services,    628 North Street,    PO Box 53,    Geneva, IL 60134-0053
17061067     +Lloyd W. Klein, M.D.S.C.,    PO Box 379,    Orland Park, IL 60462-0379
17061069     +Macys,    7510 Oak Ave.,    River Forest, IL 60305-1812
17061070     +Medical Business Bureau, LLC,    PO Box 1219,    Park Ridge, IL 60068-7219
17061071     +Medical Center Dental Associat,    675 W. North Ave. #307,    Melrose Park, IL 60160-1623
17061072     +Midwest Clinical Imaging,    675 W North Ave Suite 402,    Melrose Park, IL 60160-1624
17061073     +Mount Sinai Hospital,    1905 Payshere Circle,    Chicago, IL 60674-0019
17061074     +No IL Emerg & Occup Med Spec,    2696 Momentum Place,    Chicago, IL 60689-5326
17061075      Powers & Moon, LLC,    701 Lake Cook Road #102,    Deerfield, IL  60015
17061076     +RJM Pathology Consultants,    34520 Eagle Way,    Chicago, IL 60678-1345
17061077     +RJM Pathology Consultants,    43520 Eagle Way,    Chicago, IL 60678-0001
17061079     +Superior Air Ground Ambulance,    PO Box 1407,    Elmhurst, IL 60126-8407
17061080     +Target Visa Credit Card,    PO BOX 660170,    Dallas, TX 75266-0170
17061081     +Westside Medical Associates,    675 W. North Ave,    Melrose Park, IL 60160-1623
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17472667      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2013 02:04:49
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
20320034      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2013 02:31:00
               American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
17061057     +E-mail/Text: bk.notifications@jpmchase.com Jun 13 2013 01:52:43     Chase,    PO Box 9001083,
               Louisville, KY 40290-1083
17061056     +E-mail/Text: bk.notifications@jpmchase.com Jun 13 2013 01:52:43     Chase,    PO Box 901076,
               Fort Worth, TX 76101-2076
17061059     +E-mail/Text: bk.notifications@jpmchase.com Jun 13 2013 01:52:43     Chase Auto Finance,
               PO Box 31167,    Tampa, FL 33631-3167
                                                                                               TOTAL: 5
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17061078*    +Rolfe Sanberg, Jr.,    7510 Oak Avenue,    River Forest, IL 60305-1812
17061064    ##+HFC,   PO Box 3425,    Buffalo, NY 14240-3425
17061068    ##+Lou Harris & Co.,    PO Box 1284,    Northbrook, IL 60065-1284
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: adragonet            Page 2 of 3            Date Rcvd: Jun 12, 2013
                              Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2013**              **Signature:**       /s/ Joseph Speetjens

Case 11-13925   Doc 43   Filed 06/12/13   Entered 06/14/13 23:34:31   Desc Imaged
Certificate of Notice    Page 8 of 8

```
District/off: 0752-1          User: adragonet             Page 3 of 3              Date Rcvd: Jun 12, 2013
                              Form ID: pdf006             Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2013 at the address(es) listed below:

        Clay  Mosberg    on behalf of Creditor    JP Morgan Chase Bank, N.A. cmosberg@fallaw.com, tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com

        Darren L Besic    on behalf of Creditor   JP Morgan Chase Bank, N.A. dbesic@aol.com, nancy@dbesiclaw.com

        Jeff A Whitehead   on behalf of Debtor Rolfe  Sanberg, Jr jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Richard M Fogel   on behalf of Trustee Richard M. Fogel rfogel@shawgussis.com,  il72@ecfcbis.com

        Richard M. Fogel    rfogel@shawfishman.com,  il72@ecfcbis.com

        TOTAL: 6