# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SANBERG, JR. ROLFE                    § Case No. 11-13925
                                             §
                                             §
                                             §
Debtor(s)                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $305,500.00                Assets Exempt: $34,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $42,023.56        Claims Discharged
                                                   Without Payment: $160,903.77

Total Expenses of Administration: $65,968.90

---

    3) Total gross receipts of $ 140,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 32,007.54 (see **Exhibit 2**), yielded net receipts of $107,992.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $376,646.30 | $9,515.10 | $9,515.10 | $9,515.10 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 65,968.90 | 65,968.90 | 65,968.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 174,888.69 | 32,508.46 | 32,508.46 | 32,508.46 |
| **TOTAL DISBURSEMENTS** | $551,534.99 | $107,992.46 | $107,992.46 | $107,992.46 |

    4) This case was originally filed under Chapter 7 on March 31, 2011. The case was pending for 29 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/03/2013      By: /s/RICHARD M. FOGEL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Personal Injury Claim related to food | 1129-000 | 140,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$140,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROLFE SANBERG, JR. | Personal injury exemption claim per o/c 5-15-13 | 8100-002 | 15,000.00 |
| SANBERG, JR. ROLFE | 100.00% dividend on Claim # SURPLUS, Ref: | 8200-002 | 17,007.54 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$32,007.54** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| E | INGENIX SUBROGATION SERVICES | 4220-000 | N/A | 8,540.10 | 8,540.10 | 8,540.10 |
| F | SINAI MEDICAL GROUP/PHOENIX PHYSICIANS SERV | 4220-000 | N/A | 975.00 | 975.00 | 975.00 |
| NOTFILED | Chase | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 376,646.30 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$376,646.30** | **$9,515.10** | **$9,515.10** | **$9,515.10** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 8,652.33 | 8,652.33 | 8,652.33 |
| RICHARD M. FOGEL | 2200-000 | N/A | 6.06 | 6.06 | 6.06 |
| SUTTER & ORI, LLC | 3210-600 | N/A | 56,000.00 | 56,000.00 | 56,000.00 |
| SUTTER & ORI, LLC | 3220-610 | N/A | 1,263.79 | 1,263.79 | 1,263.79 |
| Rabobank, N.A. | 2600-000 | N/A | 46.72 | 46.72 | 46.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$65,968.90** | **$65,968.90** | **$65,968.90** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 2,933.37 | 3,240.98 | 3,240.98 | 3,240.98 |
| 1I | Capital One Bank (USA) | 7990-000 | N/A | 18.42 | 18.42 | 18.42 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 3,287.22 | 3,507.59 | 3,507.59 | 3,507.59 |
| 2I | Capital One Bank (USA) | 7990-000 | N/A | 19.94 | 19.94 | 19.94 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | JP Morgan Chase Bank N.A. | 7100-000 | unknown | 17,034.41 | 17,034.41 | 17,034.41 |
| 3I | JP Morgan Chase Bank | 7990-000 | N/A | 96.83 | 96.83 | 96.83 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 4,280.13 | 4,889.69 | 4,889.69 | 4,889.69 |
| 4I | Chase Bank USA | 7990-000 | N/A | 27.79 | 27.79 | 27.79 |
| 5 | American InfoSource LP as agent for | 7100-000 | 3,484.20 | 3,652.05 | 3,652.05 | 3,652.05 |
| 5I | American InfoSource LP | 7990-000 | N/A | 20.76 | 20.76 | 20.76 |
| NOTFILED | Mount Sinai Hospital | 7100-000 | 9,442.30 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Clinical Imaging | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Midwest Clinical Imaging | 7100-000 | 281.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Clinical Imaging | 7100-000 | 381.00 | N/A | N/A | 0.00 |
| NOTFILED | No IL Emerg & Occup Med Spec | 7100-000 | 486.00 | N/A | N/A | 0.00 |
| NOTFILED | Superior Air Ground Ambulance | 7100-000 | 1,035.00 | N/A | N/A | 0.00 |
| NOTFILED | No IL Emerg & Occup Med Spec | 7100-000 | 441.00 | N/A | N/A | 0.00 |
| NOTFILED | Westside Medical Associates | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | Westside Medical Associates | 7100-000 | 910.25 | N/A | N/A | 0.00 |
| NOTFILED | RJM Pathology Consultants | 7100-000 | 982.40 | N/A | N/A | 0.00 |
| NOTFILED | Medical Center Dental Associat | 7100-000 | 564.00 | N/A | N/A | 0.00 |
| NOTFILED | RJM Pathology Consultants | 7100-000 | 401.00 | N/A | N/A | 0.00 |
| NOTFILED | RJM Pathology Consultants | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Midwest Clinical Imaging | 7100-000 | 4,465.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys | 7100-000 | 789.01 | N/A | N/A | 0.00 |
| NOTFILED | Lloyd W. Klein, M.D.S.C. | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 50,984.75 | N/A | N/A | 0.00 |
| NOTFILED | Associates in Digestive Diseas | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,373.39 | N/A | N/A | 0.00 |
| NOTFILED | Associates in Digestive Diseas | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | Delnor Community Hospital | 7100-000 | 815.70 | N/A | N/A | 0.00 |
| NOTFILED | Delnor Community Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HFC | 7100-000 | 15,286.33 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb-Ma LLC | 7100-000 | 2,665.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb-Ma LLC | 7100-000 | 26,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 18,625.82 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 18,670.82 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $174,888.69 | $32,508.46 | $32,508.46 | $32,508.46 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-13925  
**Case Name:** SANBERG, JR. ROLFE

**Period Ending:** 09/03/13

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/31/11 (f)  
**§341(a) Meeting Date:** 05/17/11  
**Claims Bar Date:** 08/18/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7510 Oak Avenue, River Forest, IL 60305. Purchas<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 300,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash Location: In debtor's possession<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account Location: Community Bank of Oak<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods Location: In debtor's possessi o<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Basic Wearing Apparel Location: In debtor's poss<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | Costume Jewelry Location: In debtor's possession<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Potential Personal Injury Claim related to food<br>   Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 20,000.00 | Unknown | | 140,000.00 | FA |
| 8 | 2002 Hyundai Santa Fe. Fair condition. 165,000 m<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,800.00 | 0.00 | | 0.00 | FA |
| 8 | Assets    Totals (Excluding unknown values) | $325,500.00 | $1,000.00 | | $140,000.00 | $0.00 |

RE PROP# 7    Trustee authorized to employ special litigation counsel to pursue injury claim for benefit of
             estate per o/c 5-18-11.  Trustee authorized to settle injury claim per o/c 5-15-13.

---

**Major Activities Affecting Case Closing:**

Printed: 09/03/2013 07:27 AM    V.13.13

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-13925  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** SANBERG, JR. ROLFE  **Filed (f) or Converted (c):** 03/31/11 (f)
 **§341(a) Meeting Date:** 05/17/11
**Period Ending:** 09/03/13  **Claims Bar Date:** 08/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  **Current Projected Date Of Final Report (TFR):** June 11, 2013 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-13925  
**Case Name:** SANBERG, JR. ROLFE  
**Taxpayer ID #:** **-***0235  
**Period Ending:** 09/03/13  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****067066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/13 | {7} | THE HARTFORD | Settlement proceeds | 1129-000 | 140,000.00 | | 140,000.00 |
| 05/28/13 | 101 | SUTTER & ORI, LLC | Attorney fees per o/c 5-15-13 | 3210-600 | | 56,000.00 | 84,000.00 |
| 05/28/13 | 102 | SUTTER & ORI, LLC | Attorneys expenses per o/c 5-15-13 | 3220-610 | | 1,263.79 | 82,736.21 |
| 05/28/13 | 103 | INGENIX SUBROGATION SERVICES | Provider lien claim per o/c 5-15-13 | 4220-000 | | 8,540.10 | 74,196.11 |
| 05/28/13 | 104 | SINAI MEDICAL GROUP/PHOENIX PHYSICIANS SERV | Provider lien claim per o/c 5-15-13 | 4220-000 | | 975.00 | 73,221.11 |
| 05/28/13 | 105 | ROLFE SANBERG, JR. | Personal injury exemption claim per o/c 5-15-13 | 8100-002 | | 15,000.00 | 58,221.11 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.72 | 58,174.39 |
| 07/10/13 | 106 | JP Morgan Chase Bank N.A. | 100.00% dividend on Claim # 3, Ref: 0916 | 7100-000 | | 17,034.41 | 41,139.98 |
| 07/10/13 | 107 | Chase Bank USA, N.A. | 100.00% dividend on Claim # 4, Ref: 4870 | 7100-000 | | 4,889.69 | 36,250.29 |
| 07/10/13 | 108 | American InfoSource LP as agent for | 100.00% dividend on Claim # 5, Ref: | 7100-000 | | 3,652.05 | 32,598.24 |
| 07/10/13 | 109 | JP Morgan Chase Bank | 100.00% dividend on Claim # 3I, Ref: | 7990-000 | | 96.83 | 32,501.41 |
| 07/10/13 | 110 | Chase Bank USA | 100.00% dividend on Claim # 4I, Ref: | 7990-000 | | 27.79 | 32,473.62 |
| 07/10/13 | 111 | American InfoSource LP | 100.00% dividend on Claim # 5I, Ref: | 7990-000 | | 20.76 | 32,452.86 |
| 07/10/13 | 112 | SANBERG, JR. ROLFE | 100.00% dividend on Claim # SURPLUS, Ref: | 8200-002 | | 17,007.54 | 15,445.32 |
| 07/10/13 | 113 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 8,658.39 | 6,786.93 |
| | | | Dividend paid 100.00%   8,652.33 on $8,652.33; Claim# A; Filed: $8,652.33 | 2100-000 | | | 6,786.93 |
| | | | Dividend paid 100.00%   6.06 on $6.06; Claim# B; Filed: $6.06 | 2200-000 | | | 6,786.93 |
| 07/10/13 | 114 | Capital One Bank (USA) | Combined Check for Claims#1I,2I | | | 38.36 | 6,748.57 |
| | | | Dividend paid 100.00%   18.42 on $18.42; Claim# 1I; Filed: $18.42 | 7990-000 | | | 6,748.57 |
| | | | Dividend paid 100.00%   19.94 on $19.94; Claim# 2I; Filed: $19.94 | 7990-000 | | | 6,748.57 |
| 07/10/13 | 115 | Capital One Bank (USA), N.A. | Combined Check for Claims#1,2 | | | 6,748.57 | 0.00 |
| | | | Dividend paid 100.00%   3,240.98 on $3,240.98; Claim# 1; Filed: $3,240.98; | 7100-000 | | | 0.00 |

Subtotals :   $140,000.00   $140,000.00

{} Asset reference(s)

Printed: 09/03/2013 07:27 AM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-13925  
**Case Name:** SANBERG, JR. ROLFE  

**Taxpayer ID #:** **-***0235  
**Period Ending:** 09/03/13  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****067066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 6467 | | | | |
| | | | Dividend paid 100.00%    3,507.59<br>on $3,507.59;  Claim# 2;<br>Filed: $3,507.59;<br>Reference: 8013 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 140,000.00 | 140,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 140,000.00 | 140,000.00 | |
| | | | Less: Payments to Debtors | | | 32,007.54 | |
| | | | **NET Receipts / Disbursements** | | **$140,000.00** | **$107,992.46** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****067066** | 140,000.00 | 107,992.46 | 0.00 |
| | $140,000.00 | $107,992.46 | $0.00 |

{} Asset reference(s)

Printed: 09/03/2013 07:27 AM    V.13.13